**Order entered January 11, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-01045-CR

**DERRICK WALTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-41375**

## ORDER

Appellant's second motion for extension of time to file his brief is

**GRANTED**, and we **ORDER** the brief filed on or before **JANUARY 17, 2023.**

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE